UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 22-cv-791-CKK |
| JOSEPH R. BIDEN, JR., *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the [20] Unopposed Motion for Extension of Time to File Response to Defendant's Motion to Dismiss, and for good cause shown, it is this 22nd day of June 2022 hereby ORDERED that:

1. The Motion for Extension of Time to File Response to Defendant's Motion to Dismiss is GRANTED;

2. Plaintiff's deadline to respond to Defendants' motion to dismiss is July 25, 2022;

3. Defendants' deadline to reply to Plaintiff's response is August 15, 2022.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge